IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO



Shandra R. Bradley _____ ,
           Plaintiff

CASE NO. **5:10CV1862**

-VS-

**JUDGE ADAMS**
JUDGE _____

Secretary of Veterans' Affairs, et al.,
           Defendant(s)

COMPLAINT
**Discrimination**

MAG. JUDGE PEARSON

1.  Shandra R. Bradley, Plaintiff, 10 Botnick Plaza, Akron, Ohio 44301

    Department of Veterans' Affairs, Secretary of Veterans' Affairs, Eric K.

    Shinseki, Defendant, 810 Vermont Avenue NW, Washington, DC  20420

    Department of Veterans' Affairs (VA) Regional Office, Director Joyce

    Cange, Defendant, 1240 E 9th Street, Cleveland, Ohio  44199

2. The basis of the Court's Jurisdiction is 42 U.S.C. §1983-Civil Rights; 42 U.S.C. § 2000e—TitleVII—Discrimination.

3. Due to the fact that I have been a staunch Advocate for all deserving Veterans and Our Family Members, especially Black/African American Veterans such as myself for fair treatment with the process of our Compensation Claims for Monetary Benefits owed to us for our Service in the United States Armed Forces, and bringing to light how some Black/African American VA Employees to include Healthcare Providers are unfairly treated as well; I have been openly mistreated with the holding up of my Monetary Claims' Benefits owed to me since 1996. Upon relocating back to Akron, Ohio in March 1996; I continued with my Claims' Process at the Cleveland VA Regional Office. I began the Process for Medical Conditions incurred on Active Duty one day after I Honorably Separated from the United States Air Force at Langley AFB, Virginia on August 7, 1995. It was handled successfully on August 8, 1995 by a Distinguished American Legion's Representative in Hampton, Virginia. My first personal experience of Ethnic Discrimination transpired from 1996 to 1998, while I was an Outpatient in the Center for Stress Recovery (CSR), Women's Trauma Treatment Program (WTTP) located in Building 3 at Brecksville VA Medical Center in Brecksville, Ohio. I was in that particular Pilot

2

Group of 10 Veteran Women from August 1996 to December 1998. It consisted of 2 Black/African American Women and 8 White/Caucasian Women and 2 White/Caucasian Therapists; one was a Psychologist, the other a Social Worker. There was a German Psychiatrist assigned to the Group for those of us who were on Psychiatric Medications. In 1996 or 1997 we were told to attend a Social Security Benefits Briefing in the VA Theatre at Brecksville. Based upon the information presented at the Briefing, several of us out of our Group decided to apply for Social Security Benefits. One day, a few months later, I spoke with Mary, a White/Caucasian Member of our Group about my decision to file a Claim for Social Security Benefits. She strongly encouraged me to proceed with that action. Mary stated to me that she was awarded her Benefits based upon a letter she gave her Attorney that was produced for her by Dr. Sybille Marqua, the German Psychiatrist. Mary claimed the letter contained "Big Words" which helped her to have a successful outcome without attending a Hearing. She mentioned to me that the letter was used by her Attorney to get her Social Security Benefits. Mary had a 20% Disability Compensation Rating from the VA and worked Part-time as a Secretary while attending the WTTP during that time. As for my Social Security Benefits Claim I began in 1996 or 1997; I was denied in 1998 based upon Dr. Sybille Marqua's false

report that was faxed to a former Attorney named David A. Friedman. Due to the manner in which that false report was faxed to him and three damaging areas he brought to my attention on the report; he expressed he could not continue to represent me for the upcoming Hearing. Thus he terminated our Client-Attorney Relationship for that Claim. I was furious because it took nearly a year for Dr. Marqua to send that information about why I was on Medication for my Psychological Conditions of Post Traumatic Stress Disorder (PTSD) and Major Depression Disorder (MDD) to Attorney Friedman. During that entire ordeal while I was in WTTP my response to her discriminating practices against me and towards a Jewish Attorney David Friedman whom I chose off a Social Security Benefits Representative List which was given to me by the Social Security Office evoked a comment on a voice-mail I left on her work phone in 1998 that caused Dr. Sybille Marqua, and my former Individual and Group Therapist Dr. Michaelene McManus to conjure up a false statement that I wanted to leave WTTP. I was changed to Outpatient Psychiatry at Brecksville in December 1998. It was located in Building 1, and then changed to Building 5. I initially received Psychiatric and Individual Therapy Treatment from the late Dr. Erlinda Matriano. She was the very best ever Chief of Outpatient Psychiatry. Her motto was, "In the best interest of the Veteran."

4

Since then I have experienced various other acts of Discrimination due to my Ethnicity and Gender. Those acts have occurred at Brecksville and Wade Park VA Medical Facilities and the Cleveland VA Regional Office. I began to address those issues over many years to the present date with Elected State Government Officials; the VA Inspector General Office of Investigation in Washington, DC; the News Media, and the White House. During those years and more so now, many Black/African American Veterans and various VA Employees complain to me about not receiving fair treatment with the Claims' Process for Medical Conditions and fair Employment Practices in the three VA Facilities located in Brecksville and Cleveland, Ohio. The most current and recent correspondence of letters I have sent via U. S. Mail Green Card Service and via facsimile from Congresswoman Betty Sutton's Office in Akron, Ohio and Representative Dennis J. Kucinich's Office in Lakewood, Ohio, range from February 4, 2010 to July 22, 2010 that are addressed to President Barack Obama, Senator Sherrod Brown, and Secretary of Veterans' Affairs, Eric K. Shinseki. One such letter addressed to Secretary Shinseki is dated April 12, 2010. Located on page 1 and the 4th paragraph reads,

"I explained to one of your professional Assistants that those of you who are physically located in Washington, DC have no idea how Veterans such as myself are treated tremendously unfair for years in this part of Ohio. Also

5

some of the Minorities, particularly Black/African American Healthcare Providers and other Personnel have experienced bias treatment as well." And, on July 22, 2010, I visited Congressman Kucinich's Office in Lakewood, Ohio, and requested that 13 pages to include 3 different personal Fax Cover Sheets addressed to President Barack Obama, Senator Sherrod Brown, and Secretary Shinseki along with documents of letters dated July 22, 2010; Addendum dated June 28, 2010; letter dated June 23, 2010, plus Addition to Solution… dated June 28, 2010.

4.  I pray for the Court to inform the Cleveland VA Regional Office to expeditiously release my Monetary Benefits owed to me for my Post Traumatic Stress Disorder Unemployability  Disability Claim; Physical Medical Conditions to include Hepatitis C; Human Papillomavirus (HPV) ; Tinea-Pedis/ Jungle Rot; Bilateral Right and Left Shoulders; Persian Gulf Skin and Night Sweats Condition, and all notable  Medical Conditions incurred while on Active Duty in the United States Air Force from February 14, 1983 to August 7, 1995 of the Medical Records located for those Conditions in my C-File which is located at the Regional Office in Cleveland.  I am asking that 5 Billion Dollars be awarded to me for these Medical Conditions.   I pray for 2 Trillion Dollars to be awarded for the continual pain and suffering surrounding the intentional withholding of my VA Monetary Benefits which I could have used in order to prevent my

6

Beloved Mother's preventable untimely death which is a Wrongful Death Lawsuit located in the Summit County Appeals Court as well as all of the other Legal Matters surrounding her life and her untimely death. This amount also include the upcoming Legal Matters surrounding a preventable Major Surgery I had to undergo in July 2008 for a Medical Condition two VA Medical Providers intentionally overlooked despite my making them aware of a life threatening Medical Condition. Another Non VA Healthcare Provider who I went to when the matter grew worse is accountable for my near death experience as well when he dropped me as a Patient for $350. My life was saved by another Non VA Medical Provider with a much needed Surgery. And finally I pray for punitive damages to be awarded for 3 Trillion Dollars due to the fact that despite the continual plea to our Nations Elected Officials to relieve Director Joyce Cange as the Director of the Cleveland VA Regional Office who is allowing for Non Veteran and a few conforming Veteran Employees to intentionally to continue to deny Deserving Veterans such as myself the Monetary Benefits of Compensation Claims for Medical Conditions incurred on Active Duty and are well documented in my and others' Service Medical Records. Most of the Medical Conditions are still in our bodies and have worsened throughout the years. Also false and unnecessary Compensation and Pension Medical

Exams are constantly used to continue with the prolonging of dispersing the

due Monetary Compensation Benefits to all Deserving Veterans, especially

Black/ African American . In support of these reliefs prayed for is

comments made in the Gulf War Review, Information for Veterans Who

Served In Desert Shield/ Storm and Their Families, Vol 17, No. 1 July 2010.

Located on page 2: "Earlier this year, VA proposed a new rule to make it easier for our Gulf War-era Veterans to obtain disability compensation and related health care. This rule, once it takes effect, will grant presumptive service-connection for nine infectious diseases associated with military service in Southwest Asia and Afghanistan."

Shandra R. Bradley
10 Botnick Plaza
Akron, Ohio 44301

August 13, 2010